# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHARLES KENNETH HARRELL**                                                          **PLAINTIFF**

v.                              **CASE NO. 3:14CV00172 BSM**

**DALE COOK, Sheriff,**
**Mississippi County Detention Center et al.**                                       **DEFENDANTS**

## ORDER

Plaintiff Charles Harrell's motion to voluntarily dismiss [Doc. No. 3] is granted and this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of July 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE