IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES KENNETH HARRELL**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:14CV00172 BSM**

**DALE COOK, Sheriff,**
**Mississippi County Detention Center et al.**                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed without prejudice.

DATED this 29th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE